Santa Rosa Abstract Company, a Corporation, Appellant, v. J. A. Wilkinson, Charles Denton and ———————— Thompson, Appellees.

An Appeal from a Decree of the Circuit Court for Santa Rosa County.

Decree of the Circuit Court affirmed; Per Curiam decision of the Court.

Clark & Magaha, for Appellant;

McGeachy & Lewis, for Appellees.

————

Wm. N. Platt, Plaintiff in Error, v. Ola F. Hunter, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Taylor County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the court.

W. E. Battle, for Plaintiff in Error;

Davis & Calhoun, for Defendant in Error.

————

John F. Cox, Appellant, v. Carter-Deen Realty Company, a Corporation, and Edith R. Sanders, Appellees.

Appeal from a Decree of the Circuit Court for Polk County.

Decree of the Circuit Court affirmed; Per Curiam decision of the Court.

R. B. Huffaker, for Appellant;

Blanton & Lawler, for Appellees.